Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas, Houston Division

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | TADA Ventures, LLC |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as names* | Katy Commerce Center |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8 6 – 1 1 2 6 5 1 5 |

4. Debtor's address

**Principal place of business**

1773 Westborough Dr
Number    Street

Katy Commerce Center

Katy, TX 77449
City            State   ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City            State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City            State   ZIP Code

5. Debtor's website (URL)   _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor    TADA Ventures, LLC                                           Case number *(if known)*_____
          Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☐ No<br>☑ Yes.  District _Southern District of Texas_   When _4/1/2019_   Case number _19-31845_<br>                                                                                       MM / DD / YYYY<br>        District _____   When _____   Case number _____<br>                                                                  MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____   Relationship _____<br>        District _____   When _____<br>                                                                     MM / DD / YYYY<br>        Case number, if known _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor   TADA Ventures, LLC  
       Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number     Street<br>_____<br>City                                      State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49  ☐ 50-99     ☐ 1,000-5,000  ☐ 5,001-10,000     ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999     ☐ 10,001-25,000                            ☐ More than 100,000 |
| **15.** | **Estimated assets** | ☐ $0-$50,000                          ☑ $1,000,001-$10 million          ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000                ☐ $10,000,001-$50 million         ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000              ☐ $50,000,001-$100 million       ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million             ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor    TADA Ventures, LLC
          Name                                                              Case number *(if known)*

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/19/2020
              MM/ DD/ YYYY

X   /s/ Jean Stout                                  Jean Stout
Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

X   /s/ Susan Tran Adams                            Date  04/19/2020
Signature of attorney for debtor                          MM/ DD/ YYYY

Susan Tran Adams
Printed name

CORRAL TRAN SINGH, LLP
Firm name

1010 Lamar Street Ste 1160
Number       Street

Houston                                             TX           77002
City                                                State        ZIP Code

_____                                Susan.Tran@ctsattorneys.com
Contact phone                                       Email address

24075648                                            TX
Bar number                                          State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **4**

Fill in this information to identify the case:

Debtor name: **TADA Ventures, LLC**

United States Bankruptcy Court for the: **Southern District of Texas, Houston Division**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/19/2020**
MM/ DD/ YYYY

X _____ /s/ Jean Stout _____
Signature of individual signing on behalf of debtor

Jean Stout
Printed name

President
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: TADA Ventures, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ECapital Loan Fund II, LLC<br>1751 River Run Suite 400<br>Fort Worth, TX 76107 | | deed of trust | | $1,442,495.85 | $2,900,000.00 | $0.00 |
| 2 | Harris County et al<br>c/o John P. DillmanLinebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, TX 77253 | | ad valorem | | $51,354.32 | $2,900,000.00 | $0.00 |
| 3 | Propel Financial Services, LLC<br>P.O. Box 100350<br>San Antonio, TX 78201 | | ad valorem | | $52,867.31 | $2,900,000.00 | $0.00 |
| 4 | Small Business Administration<br>P.O. Box 740192<br>Atlanta, GA 30374 | | deed of trust | | $837,011.58 | $2,900,000.00 | $0.00 |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   TADA Ventures, LLC   Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

ECapital Loan Fund II, LLC
1751 River Run Suite 400
Fort Worth, TX 76107

Harris County et al
c/o John P. DillmanLinebarger Goggan
Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253

Mary Heard
8700 Crownhill Suite 505
San Antonio, TX 78209

Richard Kincheloe
1000 Louisiana Street Suite 2300
Houston, TX 77002

Propel Financial Services, LLC
P.O. Box 100350
San Antonio, TX 78201

Small Business Administration
P.O. Box 740192
Atlanta, GA 30374

Howard Spector
12770 Coit Rd Suite 1100
Dallas, TX 75251

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **TADA Ventures, LLC**                                      CASE NO

                                                                    CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____04/19/2020_____   Signature _____   /s/ TADA Ventures, LLC _____
                                                                    Jean Stout, President